FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00628-BNB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

STEVEN N. BOLLINGER, and
CAROLE JENKINS BOLLINGER, also known as
CAROLE JENKINS,

    Plaintiffs,

v.

MONTROSE COUNTY,
COLORADO STATE HEALTH & HUMAN SERVICES, and
LA VILLA GRANDOR NURSING HOME,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs, Steven N. Bollinger and Carole Jenkins Bollinger, also known as Carole Jenkins, have submitted *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 signed only by Carole Jenkins, two different complaints signed by Carole E. Jenkins and by Carole Jenkins Bollinger respectively, and three different cover sheets. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which the plaintiffs file in response to this order must

include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) XX is not submitted for each plaintiff in each plaintiff's full name in each case
(2) ___ is not on proper form (must use the court's current form)
(3) XX is missing original signature by each plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) XX other caption does not correspond to each complaint; motion and affidavit almost unreadable, possibly because written in pencil; no address provided for Steven N. Bollinger

**Complaint or Petition:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) XX is missing an original signature by each plaintiff in each case
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) XX other two different complaints are submitted, each of which is almost unreadable, possibly because written in pencil; no address provided for Steven N. Bollinger; three civil cover sheets, one unsigned and two of which are signed only by Carole Jenkins Bollinger, are submitted

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiffs cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the plaintiffs file

in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiffs, together

with a copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if the plaintiffs are intending to initiate two separate actions, they file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint in each action. It is

FURTHER ORDERED that, for purposes of this mailing only, the Court will mail Steven N. Bollinger's copies of the above-referenced forms to the address provided for Carole Jenkins/Carole Jenkins Bollinger. It is

FURTHER ORDERED that, if the plaintiffs fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaints and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26th day of March, 2008.

BY THE COURT:

*(signature)*
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 00628

Steven N. Bollinger
PO Box 1522
Grand Junction, CO 81502

Carole Jenkins Bollinger aka Carole Jenkins
PO Box 1522
Grand Junction, CO 81502

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint** to the above-named individuals on 3/27/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk