IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00628-BNB

STEVEN N. BOLLINGER, DECEASED,
CAROLE JENKINS BOLLINGER, Wife and Personal Representative of Estate,
    also known as
CAROLE E. JENKINS,

    Plaintiff,

v.

LA VILLA GRANDE CARE CENTER,
ITS OUT OF STATE PARENT CORPORATION,
MONTROSE COUNTY,
JEANNETTE HENSLEY, Director, and
COLORADO STATE HUMAN SERVICES,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 9 2008

GREGORY C. LANGHAM
               CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Carole Jenkins Bollinger, initiated this action by submitting to the Court *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 signed by Carole Jenkins, two different complaints signed by Carole E. Jenkins and by Carole Jenkins Bollinger respectively, and three different cover sheets. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court determined that the submitted documents were deficient. Therefore, in an order filed on March 27, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed both Carole Jenkins Bollinger and Steven N. Bollinger, who the Court did not realize at that time was deceased, to cure certain enumerated deficiencies in the case within thirty days if they wished to pursue their claims.

On April 25, 2008, Plaintiff, Carole Jenkins Bollinger, submitted two different amended complaints: (1) a 42 U.S.C. § 1983 civil rights complaint signed by Carole Jenkins Bollinger and filed against Montrose County, Jeannette Hensley, and Colorado State Human Services, and (2) a 28 U.S.C. § 1332 diversity complaint signed by Carole E. Jenkins and filed against La Villa Grande Care Center and its out-of-state parent corporation. The caption of this order lists Defendants named in both amended complaints. She also submitted two different amended motions and affidavits pursuant to 28 U.S.C. § 1915, each listing "Steven E. Bollinger, Deceased," as Plaintiff, each signed by Carole Jenkins Bollinger, each listing different Defendants in the caption, Montrose County and Colorado State Human Services as Defendants in the § 1983 action and La Villa Grande Care Center as Defendant in the § 1332 diversity action.

Pursuant to Rule 17 of the Federal Rules of Civil Procedure, Carole Jenkins Bollinger, as personal representative for her deceased husband, Steven N. Bollinger, may proceed in her own name. However, she may not initiate two entirely different actions, i.e., civil rights and diversity actions, in one lawsuit. If Ms. Jenkins wishes to pursue entirely different actions against different Defendants, she must initiate separate lawsuits. In each action, she must list the same Defendants in both the complaint and the 28 U.S.C. § 1915 motion. She must sign each document she submits using the same name. Carole Jenkins Bollinger has failed within the time allowed to cure all the designated deficiencies. Accordingly, it is

ORDERED that the amended complaints and the action are dismissed without prejudice for failure to cure. It is

2

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied. It is

DATED at Denver, Colorado, this 9 day of May, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00628-BNB

Carole E. Jenkins
PO Box 1522
Grand Junction, CO 81502

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/4/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk